**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-61244-RAR**

**ROBERT DAMPOLO**,
*individually and on behalf of all others similarly situated*,

      Plaintiff,

v.

**CVS PHARMACY, INC.**,

      Defendant.
_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Voluntary Dismissal with Prejudice [ECF No. 24], filed on November 4, 2022. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party bearing its own attorney's fees and costs. The Clerk is direct to **CLOSE** this case. All pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 8th day of November, 2022.

                                                      _____
                                                      **RODOLFO A. RUIZ II**
                                                      **UNITED STATES DISTRICT JUDGE**